THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC,<br><br>Defendant. | CIVIL ACTION NO. 1:21-cv-00283<br><br>JURY TRIAL DEMANDED |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Civil L.R. 3-15, Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for DISPLAY TECHNOLOGIES, LLC, a private non-governmental property, certifies that the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the plaintiff's outcome in the case are below:

Patent Asset Management.

Dated: March 30, 2021                    Respectfully submitted,

/s/ Jay Johnson
**JAY JOHNSON**
State Bar No. 24067322
**KIZZIA JOHNSON, PLLC**
1910 Pacific Avenue, Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
Jay@kpjllc.com
Bkizzia@kpllc.com