# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TOYOTA MOTOR SALES, U.S.A., INC., <br><br> Defendant. | Case No. 6:21-cv-00313-ADA |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Defendant Toyota Motor Sales, U.S.A., Inc. ("Toyota") hereby moves the Court for an order extending the time for Toyota to answer, move, or otherwise respond to Display Technologies, LLC's ("Display" or "Plaintiff") Complaint for Patent Infringement (Dkt. 1). The deadline for Toyota to answer, move, or otherwise respond to Display's Complaint is June 25, 2021. Toyota requests a 30-day extension of time to answer, move, or otherwise respond to Display's Complaint to July 26, 2021. Plaintiff does not oppose Toyota's request. The request is not sought for purposes of delay and will not affect any other case deadlines. Therefore, Toyota respectfully requests that the Court extend the deadline for Toyota to answer, move, or otherwise respond to Display's Complaint to July 26, 2021.

Dated:  June 16, 2021

Respectfully submitted,

*/s/ John M. Guaragna*
John M. Guaragna
Texas Bar No 24043308
DLA PIPER LLP (US)
303 Colorado St., Suite 3000
Austin, TX  78701
Tel: 512.457.7125
Fax: 512.457.7001
john.guaragna@us.dlapiper.com

- 2 -

ATTORNEY FOR DEFENDANT
TOYOTA MOTOR SALES, U.S.A., INC.

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Defendant Toyota conferred with Display's counsel.

Plaintiff does not oppose Toyota's request sought in this motion.

*/s/ John M. Guaragna*
John M. Guaragna

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of June 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record. Any other counsel of record will be served by first class U.S. mail.

*/s/ John M. Guaragna*
John M. Guaragna