UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DISPLAY TECHNOLOGIES, LLC

vs.

TOYOTA MOTOR SALES, U.S.A., INC.

Case No.: 6:21-cv-00313-ADA

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Matthew D. Satchwell, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Toyota Motor Sales, U.S.A., Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) DLA Piper LLP (US) with offices at:

   Mailing address: 444 West Lake Street, Suite 900

   City, State, Zip Code: Chicago, IL 60606-0089

   Telephone: (312) 368-4000   Facsimile: (312) 236-7516

2. Since November 9, 2006, Applicant has been and presently is a member of and in good standing with the Bar of the State of Illinois. Applicant's bar license number is 6290672.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Illinois State Court | November 9, 2006 |
   | US Dist. Ct., ND of IL | January 11, 2007 |
   | US Court of Appeals | February 25, 2011 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 6:20-cv-00640-ADA on the 11 day of August, 2020.
Number: 6:20-CV-00439-ADA on the 10 day of September, 2020.
Number: See attached. on the ___ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: John M. Guaragna

Mailing address: DLA Piper LLP (US), 303 Colorado, Suite 3000

City, State, Zip Code: Austin, TX 78701

Telephone: (512) 457-7000

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Matthew D. Satchwell to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Matthew D. Satchwell
[printed name of Applicant]

*/s/ Matthew D. Satchwell*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 16th day of June, 2021.

Matthew D. Satchwell
[printed name of Applicant]

*/s/ Matthew D. Satchwell*
[signature of Applicant]

Motion for Admission *Pro Hac Vice*
Matthew D. Satchwell – Continued

5.  I have previously applied to Appear Pro Hac Vice in this district court in Cases:

   Number:  6:20-cv-01126-ADA on the 23rd day of February, 2021.

   Number:  6:20-cv-01128-ADA on the 23rd day of February, 2021.

   Number:  1:21-cv-00123-ADA on the 16th day of June, 2021.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DISPLAY TECHNOLOGIES, LLC

vs.                                                        Case No.: 6:21-cv-00313-ADA

TOYOTA MOTOR SALES, U.S.A., INC.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by <ins>Matthew D. Satchwell</ins>, counsel for <ins>Toyota Motor Sales, U.S.A., Inc.</ins>, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and <ins>Matthew D. Satchwell</ins> may appear on behalf of <ins>Toyota Motor Sales, U.S.A., Inc.</ins> in the above case.

IT IS FURTHER ORDERED that <ins>Matthew D. Satchwell</ins>, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of <ins>June</ins>, 20<ins>21</ins>.

_____
UNITED STATES DISTRICT JUDGE