IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **DISPLAY TECHNOLOGIES LLC,** | § § § | |
| Plaintiff, | § § | Case No: 6:21-cv-00313-ADA |
| vs. | § § | PATENT CASE |
| **TOYOTA MOTOR SALES, U.S.A., INC.** | § § § | |
| Defendant. | § § § | |

**UNOPPOSED MOTION TO STAY ALL DEADLINES
AND NOTICE OF SETTLEMENT**

Plaintiff Display Technologies, LLC ("Plaintiff" and/or "Display") subject to the approval of the Court, hereby files this Unopposed Motion to Stay All Deadlines and Notice of Settlement, and in support thereof, respectfully shows the Court as follows:

Plaintiff and Defendant Toyota Motor Sales, U.S.A., Inc. ("Defendant" and/or "Toyota") have reached an agreement in principle that will settle and dispense of this matter. The Parties are in the process of memorializing the terms of a written settlement agreement. The parties anticipate that they will be able to perform such terms within thirty (30) days. Accordingly, Plaintiff respectfully requests that the Court grant a stay of the proceedings between the parties, including all deadlines, up or until August 25, 2021.  Defendant is unopposed to the relief requested herein.

Good cause exists for granting this Unopposed Motion, as set forth above. The motion is not filed for purposes of delay but so that justice may be served.

## CERTIFICATE OF CONFERENCE

 Counsel for Plaintiff conferred with counsel for Defendant regarding this motion for on July 23, 2021. Counsel for Defendant does not oppose this motion.

            */s/Jay Johnson*
            **JAY JOHNSON**

Dated: July 26, 2021.      Respectfully submitted,

            */s/Jay Johnson*
            **JAY JOHNSON**
            State Bar No. 24067322
            **D. BRADLEY KIZZIA**
            State Bar No. 11547550
            **KIZZIA JOHNSON, PLLC**
            1910 Pacific Ave., Suite 13000
            Dallas, Texas 75201
            (214) 451-0164
            Fax: (214) 451-0165
            jay@kjpllc.com
            bkizzia@kjpllc.com

            **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that the foregoing document was filed electronically on July 26, 2021, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

            */s/Jay Johnson*
            **JAY JOHNSON**